

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 28, 2016

By ECF

Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 9/29/2016

    Re:   *Natural Resources Defense Council, Inc. v. United States Environmental Protection Agency and Gina McCarthy*, 16 Civ. 1251 (ER)

Dear Judge Ramos:

    This Office represents the Defendants in the above-referenced matter. I write jointly with counsel for Plaintiff Natural Resources Defense Council ("NRDC") to advise the Court that the parties have reached a tentative resolution in this case, subject to final approvals from those with authority in the Government.

    We further write to advise the Court that, pursuant to the Scheduling Order dated September 19, 2016, Dkt. 25, the parties have consented to <u>extend the deadline by which Plaintiff must file its motion for summary judgment on Claim 2 by one week, from October 5, 2016 to October 12, 2016, and to extend all other summary judgment briefing deadlines in paragraphs 1-4 of the Court's Scheduling Order accordingly by one week</u>.

    Thank you for your consideration of this matter.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By:   */s/ Emily E. Bretz*
EMILY E. BRETZ
Assistant United States Attorney
(212) 637-2777

The application is ✓ granted
                            ___ denied

Edgardo Ramos, U.S.D.J
Dated: 9/29/2016
New York, New York