**NRDC**

June 24, 2020

**By ECF**
Honorable Edgardo Ramos
United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    *Natural Resources Defense Council v. United States Environmental Protection Agency, et al.*, 16-cv-1251(ER)

Dear Judge Ramos,

    Pursuant to this Court's Individual Rules and Procedures 1(A), Plaintiff Natural Resources Defense Council (NRDC) and Defendant U.S. Environmental Protection Agency (EPA) jointly write to propose page limits for the parties' forthcoming briefing of EPA's Termination Motion and NRDC's motion to enforce the Consent Decree. *See* ECF No. 67.

    Jointly, the parties propose:

- NRDC's combined brief in opposition to EPA's motion and in support of its own shall not exceed 35 pages;

- EPA's combined brief in opposition to NRDC's motion and in reply in support of its own shall not exceed 35 pages; and

- NRDC's brief in reply in support of its motion shall not exceed 20 pages.

We thank the Court for consideration of this matter.

        Respectfully,

        Gabriel J. Daly
        Natural Resources Defense Council
        40 West 20th Street, 11th Floor
        New York, NY 10011
        (212) 727-4671
        gdaly@nrdc.org

        *Counsel for Plaintiff Natural Resources Defense Council*