**NRDC**

June 24, 2020

**By ECF**
Honorable Edgardo Ramos
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: *Natural Resources Defense Council v. United States Environmental Protection Agency, et al.*, 16-cv-1251(ER)

Dear Judge Ramos,

Pursuant to this Court's Individual Rules and Procedures 1(A), Plaintiff Natural Resources Defense Council (NRDC) and Defendant U.S. Environmental Protection Agency (EPA) jointly write to propose page limits for the parties' forthcoming briefing of EPA's Termination Motion and NRDC's motion to enforce the Consent Decree. *See* ECF No. 67.

Jointly, the parties propose:

- NRDC's combined brief in opposition to EPA's motion and in support of its own shall not exceed 35 pages;

- EPA's combined brief in opposition to NRDC's motion and in reply in support of its own shall not exceed 35 pages; and

- NRDC's brief in reply in support of its motion shall not exceed 20 pages.

We thank the Court for consideration of this matter.

---

The parties' request is granted. The NRDC's combined opposition and cross-motion will be 35 pages; the EPA's combined reply and opposition to the NRDC's cross-motion will be 35 pages; and the NRDC's reply on its cross-motion will be 20 pages.

It is SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 6/24/2020
New York, New York

Respectfully,

Gabriel J. Daly
Natural Resources Defense Council
40 West 20th Street, 11th Floor
New York, NY 10011
(212) 727-4671
gdaly@nrdc.org

*Counsel for Plaintiff Natural Resources Defense Council*