# NRDC

August 13, 2020

**By ECF**
Honorable Edgardo Ramos
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *Natural Resources Defense Council v. United States Environmental Protection Agency, et al.*, 16-cv-1251(ER)

Dear Judge Ramos,

Pursuant to this Court's Individual Rules and Procedures 1(A), Plaintiff Natural Resources Defense Council (NRDC) and Defendant U.S. Environmental Protection Agency (EPA) jointly write to request permission to forgo the submission of courtesy copies of our cross-motions to enforce or terminate the Consent Decree. *See* ECF Nos. 63, 64, 65, 70, 71, 72, 73. The undersigned has been working from home since March, and plaintiff's U.S. offices are closed through the end of 2020. The Government's offices, too, are operating with severely curtailed staff. Accordingly, in light of the pandemic and limited access to counsel's offices, we ask to be relieved of the requirement to submit courtesy copies. Should the Court require courtesy copies, the parties will work diligently to provide them as soon as possible.

In addition, pursuant to Rule 2(D), NRDC requests oral argument on its motion. EPA takes no position on oral argument and defers to the Court on whether it is required.

We thank the Court for consideration of this matter.

Respectfully,

Gabriel J. Daly
Natural Resources Defense Council
40 West 20th Street, 11th Floor
New York, NY 10011
(212) 727-4671
gdaly@nrdc.org

*Counsel for Plaintiff Natural Resources Defense Council*

---

The parties' request to forgo the submission of courtesy copies of their cross-motions to enforce or terminate is granted.

It is SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 8/13/2020
New York, New York