UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL RESOURCES DEFENSE
COUNCIL, INC.,

                    Plaintiff,

      –against–

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY *and* GINA
MCCARTHY, *in her official capacity as
administrator of the United States
Environmental Protection Agency*,

                    Defendants.

**ORDER**

16-cv-01251 (ER)

Ramos, D.J.:

      On October 27, 2020, the Court stayed this matter pending the D.C. Circuit's decision regarding the case *NRDC v. Wheeler*, Doc. 81.  On May 12, 2023, defendant U.S. Environmental Protection Agency ("EPA") informed the Court that *NRDC* had been decided on May 9, 2023, and requested to extend the stay for 90 days to determine how to continue, which was granted the same day, Doc. 90.

      On August 25, 2023, after the stay had expired, the Court directed the parties to provide a status update, Doc. 94, which they did on September 8, 2023, Doc. 97.  In their status update, the parties requested to either submit a proposed stipulation and order to amend the consent decree filed on October 19, 2016, or a request for a conference by November 27, 2023, which the Court granted the same day and later extended until November 29, 2023, Docs. 98, 100.  However, as of December 20, 2024, the matter was still stayed on the Court's electronic filing system.  That same day, December 20, 2024, the parties consented to the Court's lifting of the stay.

      Accordingly, the Clerk of Court is respectfully directed to lift the stay in this action.

It is SO ORDERED.

Dated:  December 27, 2024
       New York, New York

_____
Edgardo Ramos, U.S.D.J.